**John McCarren, Appellee, v. A. Isaac Radzinski et al.**

**On Appeal of Wilmer A. Radzinski, Administrator, Appellant.**

### Gen. No. 18,381.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 9, 1913. Rehearing denied October 23, 1913.

### Statement of the Case.

Action by John McCarren against A. Isaac Radzinski to recover damages for personal injuries sustained by plaintiff while engaged as worker on a

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

building in process of erection belonging to defendant. From a judgment for five thousand dollars, defendant appeals.

BLUM & BLUM, for appellant.

JACOB C. LEBOSKY and T. D. HURLEY, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. NEGLIGENCE, § 118*—*when averment as to owner's control of building sufficient.* Declaration in an action against owner for injuries under Act of 1907 (J. & A. ¶ 5368), requiring owner to provide for safety of persons in the construction of buildings sufficiently avers that owner retained control of building where it states that defendant constructed a derrick in an unsafe manner.

2. NEGLIGENCE, § 126*—*when averment as to due care on part of plaintiff, not necessary.* Declaration averring wilful violation of Act of 1907 (J. & A. ¶ 5368), in failing to provide for safety of plaintiff, states a cause of action without alleging due care on part of plaintiff.

3. NEGLIGENCE, § 118*—*when declaration states cause of action though statement of details insufficient.* Declaration in action against owner under Act of 1907 (J. & A. ¶ 5368), for injuries resulting from falling of derrick, *held* not defective in stating a cause of action though it failed to state clearly the details of the construction of the derrick.

4. NEGLIGENCE, § 185*—*sufficiency of evidence.* Evidence *held* insufficient to sustain defense that plaintiff settled claim with other defendants.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.